IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**GOLDEN HARVEST, INC. and**                                **PLAINTIFFS**
**TOSHIMI HIRA**

vs.                        Civil No. 4:07-cv-04096

**WILLIAM EDWARD DAVIS and THE**                  **DEFENDANTS**
**WILLIAM AND ROXANN DAVIS**
**COMPANY, L.L.C. d/b/a HOLIDAY INN**
**TEXARKANA**

## JUDGMENT

On the 8th day of June, 2009, the within cause came on to be heard before Honorable Barry Bryant and a jury of 8 persons; and, upon submission of the matter to the jury, its verdict was returned on June 12, 2009.  Further, Defendant's Motion for Attorney's Fees (Doc. No. 63) is **GRANTED**, accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that:

a. The Plaintiffs, Golden Harvest, Inc., and Toshimi Hira, take nothing in this action;

b. The William and Roxann Davis Company, L.L.C., shall have judgment and shall recover of and from Golden Harvest, Inc., the sum of **$8,274.65**, its costs of suit of **$1,047.97** and attorney's fees in the amount of $**16,365.50**, for which execution may issue.

**ENTERED this 7th day of July, 2009.**

                                                               /s/   Barry A. Bryant
                                                               HON. BARRY A. BRYANT
                                                               U.S. MAGISTRATE JUDGE